**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL DANCY,**
**ADC #152056**                                                                          **PLAINTIFF**

**V.**                          **1:12-cv-00100-KGB-JTK**

**RAY HOBBS, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of the proposed findings and recommendations and the objections thereto, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations but concludes that, since the dismissals of separate defendants Ray Hobbs and Wendy Kelley are for failure to state a claim on which relief may be granted, the dismissals should be without prejudice.

IT IS, THEREFORE, ORDERED that seperate defendants Ray Hobbs and Wendy Kelley are DISMISSED from this action, without prejudice.

Dated this 9th day of November, 2012.

_____
Kristine G. Baker
United States District Judge