IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL DANCY,
ADC #152056                                                                                          PLAINTIFF

v.                     Case No. 1:12-cv-00100-KGB-JTK

RAY HOBBS, et al.                                                                               DEFENDANTS

## JUDGMENT

Consistent with the Orders entered in this matter, it is considered, ordered, and adjudged that plaintiff Michael Dancy's complaint is dismissed with prejudice in part and without prejudice in part. Plaintiff's claims against defendants Ray Hobbs, Wendy Kelley, and Nurse Jane Doe are dismissed without prejudice. All other claims are dismissed with prejudice.

DATED this 25th day of March, 2014.

_____
Kristine G. Baker
United States District Judge